E-Filed: 11-23-11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 11-09537-GHK |
| | ) | CR 00-00904-GHK ← |
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING RESPONSE |
| vs. | ) | |
| | ) | TO § 2255 MOTION |
| JOSEPH TURNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon Defendant's Motion pursuant to Title 28, United States Code, Section 2255 filed herein, and good cause appearing:

**IT IS HEREBY ORDERED** that the United States Attorney file a Response to the Motion on/or before December 21, 2011, accompanied by all records, and that a copy of the Response be served upon Defendant prior to the filing thereof.

**IT IS FURTHER ORDERED** that the Defendant shall file a Reply to the Response by January 11, 2012, setting forth separately: (a) his admission or denial of any new factual allegations of the Response, and (b) any additional legal arguments. If Defendant fails to file a timely Reply, such failure shall be deemed his agreement with the facts and law as asserted in the Government's Response.

1  **IT IS FURTHER ORDERED** that if any pleading or other paper submitted to be
2  filed and considered by the Court does <u>not</u> include a certificate of service upon Plaintiff,
3  or counsel for Plaintiff, it will be stricken from this case and disregarded by the Court.
4  Dated this 23rd day of November, 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE